DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR00338-13 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Janice Johnson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on August 10, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Janice Johnson and her counsel, William Doyle appeared. A report and recommendation was filed on February 17, 2010 (see docket #[623]).

The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of her terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the period of supervised release will continue. All conditions of supervised release previously imposed will continue.

IT IS FURTHER ORDERED that the defendant comply with the Northern District of Ohio Offender Employment Policy as directed by the pretrial services and probation officer. If not in compliance the defendant may be directed to perform up to 20 hours of community service.

 August 11, 2010                                      */s/ David D. Dowd, Jr.*
Date                                                 David D. Dowd, Jr.
                                                          U.S. District Judge