DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR338-13 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Janice Johnson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on November 1, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Janice Johnson and her counsel, Neal Atway appeared. A report and recommendation was filed on October 13, 2010 (see docket # 646). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of two (2) months with credit for time served in custody since October 18, 2010.

IT IS FURTHER ORDERED that upon release from confinement the defendant is to continue on supervised release for the remaining period of two years. All conditions of supervised release previously imposed will continue.

IT IS SO ORDERED.

 November 2, 2010                   */s/ David D. Dowd, Jr.*
Date                                          David D. Dowd, Jr.
                                                           U.S. District Judge