DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR338-013 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| Janice Johnson | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    The defendant and her counsel, Neal Atway appeared before this Court on July 12, 2011. A report and recommendation was filed on July 1, 2011. (See docket #673). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of her terms and conditions of supervised release.

    IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of time served. The period of supervised release is hereby terminated.

    IT IS SO ORDERED.

| | |
|---|---|
|  July 26, 2011 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |